# United States District Court
для the
## Southern District of New York
### Related Case Statement

___

**Full Caption of Later Filed Case:**

Hugh Knight

| Plaintiff | Case Number |
|---|---|
| vs. | 23-cv-5662 |
| Chung Lee | |
| Defendant | |

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

Allen, et al.

| Plaintiff | Case Number |
|---|---|
| vs. | 19-cv-8173 (LAP) |
| Koenigsmann, et al. | |
| Defendant | |

IH-32                                                                                                    Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open      (If so, set forth procedural status and summarize any court rulings.)

This is Mr. Knight's Individual Plaintiff case as severed from Allen v. Koengismann, et al., 19-cv-8173.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

See above.

Signature: _____  Date: 6/30/23

Firm: Law Office of Amy Jane Agnew, P.C.